IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01321-KLM

LINDA MORRIS, and
ROBERT MORRIS,

    Plaintiffs,

v.

SENTINEL INSURANCE COMPANY, LTD,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Dismissal with Prejudice** [#24] ("Motion"). Pursuant to Rule 41(a)(1)(A)(ii), "the plaintiff may dismiss an action **without a court order** by filing: . . . a stipulation of dismissal signed by all parties who have appeared." (emphasis added).  The Motion is signed by all parties of record.

    IT IS HEREBY **ORDERED** that the Clerk of Court is directed to **DISMISS WITH PREJUDICE** this case pursuant to Rule 41(a)(1)(A)(ii).  Accordingly,

    IT IS FURTHER **ORDERED** that the Motion [#24] is **DENIED AS MOOT**.

    Dated:  April 8, 2016